UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
**AGUSTIN HERNANDEZ LOPEZ,**
*individually and on behalf of others similarly situated*, **et al.**,

                     **Plaintiffs,**

      -against-

**1051 FOOD CORP.**, *doing business as* **KENNEDY FRIED CHICKEN AND PIZZA**, **et al.**,

                     **Defendants.**
-------------------------------------------------------- x

**1:25-cv-02377 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiffs' letter motion, filed at ECF No. 52, is **GRANTED**. The pre-motion conference previously scheduled for June 18, 2025, at 11:00A.M. is **ADJOURNED** to **June 20, 2025, at 2:00P.M**. All parties shall appear and should contact the Court at **1-855-244-8681** (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated: June 11, 2025**
         **New York, New York**

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**