UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
AGUSTIN HERNANDEZ LOPEZ, *individually and on behalf of others similarly situated*, et al.,

                       **Plaintiffs,**

           -against-

**1051 FOOD CORP.**, *doing business as* ***KENNEDY FRIED CHICKEN AND PIZZA***, et al.,

                       **Defendants.**

-------------------------------------------------------- x

1:25-cv-02377 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The pre-motion conference previously scheduled for June 20, 2025, at 2:00P.M. is **ADJOURNED** to **June 23, 2025, at 3:00P.M**. All parties shall appear and should contact the Court at **1-855-244-8681** (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:** **June 18, 2025**
        New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**