UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

AGUSTIN HERNANDEZ LOPEZ, *individually and on behalf of others similarly situated*, et al.,

                                **Plaintiffs,**

                     -against-

1051 FOOD CORP., *doing business as* KENNEDY FRIED CHICKEN AND PIZZA, et al.,

                                **Defendants.**

1:25-cv-02377 (ALC)

**ORDER**

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

As ordered at today's pre-motion conference, the Court granted counsel representing all defendants but Jerome Fried Chicken Corp, 921 Food Corp., and Pablo Hernandez Calderon, leave to file a motion to disqualify plaintiffs' counsel and set the following briefing schedule:

Defendants' opening brief due by **July 14, 2025**

Plaintiffs' opposition brief due by **August 11, 2025**

Defendants' reply brief due by **August 18, 2025**

Additionally, the Court ordered plaintiffs' counsel to file a status report by **July 3, 2025** regarding whether they intend to continue representing plaintiffs and, if so, whether they believe there is a conflict of interest.

**SO ORDERED.**

**Dated: June 23, 2025**
           New York, New York

                                                           **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**