# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620


July 7, 2025

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Lopez, et al. v. 1051 Food Corp. d/b/a Kennedy Fried Chicken and Pizza, et al.
Case No. 1:25-cv-02377 (ALC)
Status Report

Your Honor:

This office represent Plaintiffs in the above-referenced matter. This office intends to continue representing the Plaintiffs, as we believe there is no conflict of interest.

We thank the Court for its time and consideration.

Respectfully Submitted,

*/s/Robert Jun*
Robert Jun