DAVIDOFF HUTCHER & CITRON LLP

DHC
DAVIDOFF HUTCHER & CITRON LLP

ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

WHITE PLAINS
ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605
(914) 381-7400

WEST PALM BEACH
ATTORNEYS AT LAW
1107 NORTH OLIVE AVENUE
WEST PALM BEACH, FL 33401
(561) 567-8488

FIRM OFFICES

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

July 14, 2025

WRITER'S DIRECT: (646) 428-3235
E-MAIL: aak@dhclegal.com

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 07/15/2025

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** Lopez, et al. v. 1051 Food Corp. d/b/a Kennedy Fried Chicken and Pizza, et al.,
Case No. 1:25-cv-02377 (ALC)
Request for Extension of Briefing Schedule

Your Honor:

We represent Defendants 1051 Food Corp. d/b/a Kennedy Fried Chicken and Pizza; 1956 Jerome LLC d/b/a Kennedy Chicken and Grill; 1051 Ogden LLC d/b/a Kennedy Fried Chicken and Pizza; 921 Pizza LLC d/b/a Kennedy Chicken & Grill; 2487 Jerome LLC d/b/a Kennedy Chicken and Pizza; A & Z Fast Food LLC d/b/a Kennedy Fried Chicken and Pizza; 919 Fast Food Corp. d/b/a Kennedy Chicken & Grill; 2475 Food LLC d/b/a Kennedy Chicken and Grill; Abdul Kayum; and Nazir A. Yusufzai (collectively, the "Defendants") in the above-referenced matter. Pursuant to Rules 1(D) and 2(A) of Your Honor's Individual Practices, we submit this letter to respectfully request a two-week adjournment of the current briefing schedule set forth in Your Honor's June 23, 2025, order (the "Order").

The current schedule requires the Defendants' brief to be submitted by July 14, 2025. We request an extension to allow the Defendants' brief to be due on July 28, 2025, the Plaintiffs' opposition brief to be due by August 25, 2025, and the Defendants' reply brief to be due by September 1, 2025. This request is necessitated by Plaintiffs' counsel's delay in responding to the Order and overlapping staff illnesses and scheduled vacations, which have collectively contributed to unavoidable delays.

We conferred with Plaintiffs' counsel regarding this request and counsel, without reason, declined to consent. This is Defendants' first request for an extension of the briefing schedule set forth in the Order.

We thank the Court for its attention to this matter.

*Andreas Koutsoudakis*
Andreas Koutsoudakis, Esq.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
July 15, 2025
New York, NY