UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
AGUSTIN HERNANDEZ LOPEZ, ANGEL YOVANI HERRERA RIVERA, JEVER VELAZQUEZ CARDOSO, JOSE LUIS VAZQUEZ ANASTACIO, JUAN ANASTACIO MARTINEZ, JUAN LEON MORALES, and ROBERTO VALLADARES HUERTA, *individually and on behalf of others similarly situated*,

Case No.: 1:25-cv-02377-ALC

Plaintiffs,

-against-

1051 FOOD CORP. (D/B/A KENNEDY FRIED CHICKEN AND PIZZA), 1051 OGDEN LLC (D/B/A KENNEDY FRIED CHICKEN AND PIZZA), JEROME FRIED CHICKEN CORP (D/B/A KENNEDY CHICKEN AND PIZZA), 2487 JEROME LLC (D/B/A KENNEDY CHICKEN AND PIZZA), A&Z FAST FOOD LLC (D/B/A KENNEDY FRIED CHICKEN AND PIZZA), 919 FAST FOOD CORP. (D/B/A KENNEDY CHICKEN & GRILL), 921 FOOD CORP. (D/B/A KENNEDY CHICKEN & GRILL), 921 PIZZA LLC (D/B/A KENNEDY CHICKEN & GRILL), 1956 JEROME LLC (D/B/A KENNEDY CHICKEN AND GRILL), 2475 FOOD LLC (D/B/A KENNEDY CHICKEN AND GRILL), ABDUL KAYUM, NAZIR A YUSUFZAI A.K.A AHMAD, and PABLO HERNANDEZ CALDERON,

Defendants.
--------------------------------------------X

**NOTICE OF DEFENDANTS' MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant 1051 FOOD CORP., 1051 OGDEN LLC, 2487 JEROME LLC, A&Z FAST FOOD LLC , 919 FAST FOOD CORP., 921 PIZZA LLC, 1956 JEROME LLC, 2475 FOOD LLC, ABDUL KAYUM, and NAZIR A YUSUFZAI A.K.A Ahmad (collectively "Moving Defendants")'s Motion to Disqualify Plaintiffs' Counsel, and all papers and proceedings had herein, Moving Defendants, by and through their undersigned counsel, will

move this Court, before the Honorable Andrew L. Carter, Jr. at the Southern District of New York, located at Thurgood Marshall, United States Courthouse, 40 Foley Square, New York, New York 10007, pursuant to the briefing schedule set forth in the Court's June 23, 2025, Order, for an order disqualifying Plaintiffs' counsel, and such other and further relief as this Court may deem just and proper, including costs and reasonable attorneys' fees.

Dated: New York, New York
July 28, 2025

Respectfully Submitted,

**DAVIDOFF HUTCHER & CITRON LLP**

By: ______________________________

Joseph Diego Taylor, Esq. (JT2497)
Andreas Koutsoudakis, Esq. (AK4162)
*Attorneys for Defendants 1051 FOOD CORP., 1051 OGDEN LLC, 2487 JEROME LLC, A&Z FAST FOOD LLC , 919 FAST FOOD CORP., 921 PIZZA LLC, 1956 JEROME LLC, 2475 FOOD LLC, ABDUL KAYUM, and NAZIR A YUSUFZAI*
605 Third Avenue
New York, New York 10158
Tel.: (646) 428-3113/3235
Fax: (212) 286-1884
Email: jdt@dhclegal.com
Email: aak@dhclegal.com