651121

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

# Schedule K-1 (Form 1065) 2021

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year

beginning / / 2021 ending / /

## Partner's Share of Income, Deductions, Credits, etc.

▶ See back of form and separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number

[redacted]

**B** Partnership's name, address, city, state, and ZIP code

921 PIZZA LLC
921 E 174TH ST
BRONX, NY 10460

**C** IRS center where partnership filed return ▶ KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

PABLO J H CALDERON
[redacted]

**G** ☒ General partner or LLC member-manager ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN ______ Name ______

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ▶ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 95.00000 % | 95.00000 |
| Loss | 95.00000 % | 95.00000 % |
| Capital | 95.00000 % | 95.00000 % |

Check if decrease is due to sale or exchange of partnership interest . ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . | $ | $ |
| Qualified nonrecourse financing . . . . | $ | $ |
| Recourse . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ▶ ☐

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| **Beginning capital account** . . . . | $ |
| Capital contributed during the year . . . | $ |
| Current year net income (loss) . . . . | $ |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions . . . . | $ ( ) |
| **Ending capital account** . . . . . | $ |

**M** Did the partner contribute property with a built-in gain (loss)?

☐ Yes ☒ No If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**

Beginning . . . . . . . . . . $

Ending . . . . . . . . . . . $

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) [redacted] . | 14 | Self-employment earnings (loss) |
| | | A | [redacted] . |
| 2 | Net rental real estate income (loss) | C | [redacted] . |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked . . . . . ▶ ☐ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| | | 20 | Other information |
| 9c | Unrecaptured section 1250 gain | AG* | STMT |
| 10 | Net section 1231 gain (loss) | Z * | STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

**22** ☐ More than one activity for at-risk purposes*

**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

COPY

651121

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Schedule K-1 (Form 1065)** 2021
Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year
beginning / / 2021 ending / /

# Partner's Share of Income, Deductions, Credits, etc.

▶ See back of form and separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number
[redacted]

**B** Partnership's name, address, city, state, and ZIP code
921 PIZZA LLC
921 E 174TH ST
BRONX, NY 10460

**C** IRS center where partnership filed return ▶ KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
ABDUL M KAYUM
[redacted]

**G** ☒ General partner or LLC member-manager ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN ____ Name ____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), che ▶ ☐

**J** Partner's share of profit, loss, and capital (see instruction

| | Beginning | E ing |
|---|---|---|
| Profit | 5.00000 % | 5.00000 |
| Loss | 5.00000 % | 5.00000 % |
| Capital | 5.00000 % | 5.00000 % |

Check if decrease is due to sale or exchange of partnership interest . ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . | $ | $ |
| Qualified nonrecourse financing . . . . | $ | $ |
| Recourse . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ▶ ☐

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| **Beginning capital account** . . . . | $ |
| Capital contributed during the year . . | $ |
| Current year net income (loss) . . . . | $ |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions . . . . | $ ( ) |
| **Ending capital account** . . . . . . | $ |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning . . . . . . . . . . . $
Ending . . . . . . . . . . . $

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) [redacted] | 14 | Self-employment earnings (loss) A [redacted] . |
| 2 | Net rental real estate income (loss) | | C [redacted] . |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked . . . . . ▶ ☐ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| | | 19 | Distributions |
| 9a | Net lo rm capital gain (loss) | | |
| 9b | llectib (28%) gain (loss) | | |
| | | 20 | Other information |
| 9 | Unrecaptured section 1250 gain | AG* | STMT |
| 10 | Net section 1231 gain (loss) | Z * | STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

COPY

651121

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Schedule K-1 (Form 1065)** **2022**

Department of the Treasury
Internal Revenue Service

For calendar year 2022, or tax year

beginning / / 2022 ending / /

# Partner's Share of Income, Deductions, Credits, etc.

**See separate instructions.**

## Part I Information About the Partnership

**A** Partnership's employer identification number

[redacted]

**B** Partnership's name, address, city, state, and ZIP code

921 PIZZA LLC
921 E 174TH ST
BRONX, NY 10460

**C** IRS center where partnership filed return: KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

PABLO J H CALDERON
[redacted]

**G** ☒ General partner or LLC member-manager ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN ______ Name ______

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), che . ☐

**J** Partner's share of profit, loss, and capital (see instruction

| | Beginning | E ing |
|---|---|---|
| Profit | 95.00000 % | 95.00000 |
| Loss | 95.00000 % | 95.00000 % |
| Capital | 95.00000 % | 95.00000 % |

Check if decrease is due to sale or exchange of partnership interest . . ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . | $ | $ |
| Qualified nonrecourse financing . . . . | $ | $ |
| Recourse . . . . | $ | $ |

Check this box if item K includes liability amounts from lower-tier partnerships ☐

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| **Beginning capital account** . . . . | $ |
| Capital contributed during the year . . | $ |
| Current year net income (loss) . . . . | $ |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions . . . . | $ ( ) |
| **Ending capital account** . . . . . | $ |

**M** Did the partner contribute property with a built-in gain (loss)?

☐ Yes ☒ No If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**

Beginning . . . . . . . . . . $

Ending . . . . . . . . . . . $

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) [redacted]. | 14 | Self-employment earnings (loss) |
| | | A | [redacted]. |
| 2 | Net rental real estate income (loss) | C | [redacted]. |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked . . . . . . ☐ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net lo rm capital gain (loss) | | |
| 9b | llectib (28%) gain (loss) | 20 | Other information |
| 9 | Unrecaptured section 1250 gain | AG* | STMT |
| 10 | Net section 1231 gain (loss) | Z * | STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

22 ☐ More than one activity for at-risk purposes*

23 ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

COPY

651121

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Schedule K-1 (Form 1065)** 2022

Department of the Treasury
Internal Revenue Service

For calendar year 2022, or tax year

beginning / / 2022 ending / /

# Partner's Share of Income, Deductions, Credits, etc.

**See separate instructions.**

## Part I Information About the Partnership

**A** Partnership's employer identification number

[redacted]

**B** Partnership's name, address, city, state, and ZIP code

921 PIZZA LLC
921 E 174TH ST
BRONX, NY 10460

**C** IRS center where partnership filed return: KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ABDUL M KAYUM
[redacted]

**G** ☒ General partner or LLC member-manager ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN ______ Name ______

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 5.00000 % | 5.00000 % |
| Loss | 5.00000 % | 5.00000 % |
| Capital | 5.00000 % | 5.00000 % |

Check if decrease is due to sale or exchange of partnership interest . . ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . | $ | $ |
| Qualified nonrecourse financing . . . . | $ | $ |
| Recourse . . . . | $ | $ |

Check this box if item K includes liability amounts from lower-tier partnerships ☐

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| **Beginning capital account** . . . . | $ |
| Capital contributed during the year . . | $ |
| Current year net income (loss) . . . . | $ |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions . . . . | $ ( ) |
| **Ending capital account** . . . . . | $ |

**M** Did the partner contribute property with a built-in gain (loss)?

☐ Yes ☒ No If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**

Beginning . . . . . . . . . . $
Ending . . . . . . . . . . $

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Line | Item | Amount | Line | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | [redacted] | 14 | Self-employment earnings (loss) | A [redacted] |
| 2 | Net rental real estate income (loss) | | | | C [redacted] |
| 3 | Other net rental income (loss) | | 15 | Credits | |
| 4a | Guaranteed payments for services | | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked . . . . . . ☐ | |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items | |
| 5 | Interest income | | | | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses | |
| 6c | Dividend equivalents | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions | |
| 9a | Net long-term capital gain (loss) | | | | |
| 9b | Collectibles (28%) gain (loss) | | 20 | Other information | |
| 9c | Unrecaptured section 1250 gain | | | | AG* STMT |
| 10 | Net section 1231 gain (loss) | | | | Z * STMT |
| 11 | Other income (loss) | | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued | |
| 13 | Other deductions | | | | |

**22** ☐ More than one activity for at-risk purposes*

**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

COPY