# Partnership Dissolution Agreement

This Partnership Dissolution Agreement (hereinafter referred to as the "Agreement") is entered into as of April 1, 2024 by and between Abdul Kayum (hereinafter referred to as the "First Partner") and Jesus Hernandez Calderon Pablo. (hereinafter referred to as the "second partner"), collectively referred to as the "Partners", both of whom agree to be bound by this Agreement.

Whereas the Partners entered into a partnership (hereinafter referred to as the "Partnership") with one another to carry on the business of operating the following establishment.

1. NEW YORK PIZZA

A. The Partnership operated NEW YORK PIZZA from the premises located at 921 East 174th street, Bronx, 10460

AND WHEREAS the Partners now wish to dissolve the Partnership:

NOW THEREFORE THIS AGREEMENT WITNESSES THAT in consideration of the mutual covenants and agreements herein contained and subject to the terms and conditions hereafter set out, the partners hereto agree as follows:

1. Dissolution. The Partners agree to dissolve the Partnership effective April 1, 2024 (hereinafter referred to as the "Dissolution Date"). Effective as of the Dissolution Date, all of the assets of the partnership will be distributed to the Partners pro rata in accordance with their respective interest in the partnership, and all of the liabilities of the partnership will be assumed by the Partners pro rata in the same proportion.

2. Indemnification. Each party hereby indemnifies and saves harmless the other partner from and against any claims, demands, actions, losses, and damages suffered by such partner resulting from the failure of the partner to pay and discharge any portion of any Partnership liability which such partner has assumed by virtue of this Agreement.

3. Liquidating Partner. Abdul Kayum ("hereinafter referred to as the Liquidating partner") shall coordinate and be responsible for the liquidation of the Partnership, the satisfaction of its liabilities, and any other acts reasonable required to wind up the affairs of the Partnership. The Liquidating Partner shall do the following:

A. Pay the Second Partner Pablo Calderon, the sum of $25,000.00 (twenty five thousand dollars).

4. Indemnification. Each Partner hereby indemnifies each other partner against any award, charge, claim, compensatory damages, costs, diminution in value, expense, fee, fine, interest, judgment, liability, penalty, or other loss suffered by the other partner as a result of the Partner's failure to pay and discharge any part of the partnership's liability the Partner has assumed under his dissolution agreement.

5. Release and Discharge of Claims. The Partners hereby release and forever discharge one another from all claims, demands, actions, losses, or damages relating to the Partnership. However, each partner remains responsible for any claims, demands, actions, losses, or damages arising or resulting from the terms of this Agreement.

6. Return of Property. During the Partnership, the Partners may have used service or equipment to complete tasks related to the Partnership, free of charge. The Partners shall return these services or equipment to the liquidating Partner within two days of the Dissolution Date, and this return will not be considered a distribution of the Partnership's assets.

7. Non Compete Agreement. The secondary Partner Pablo Calderon, hereby agrees that he will refrain from engaging in any business or company that is competitive with the The First Partner, Abdul Kayum. The Secondary Partner Pablo Calderon, agrees that he will not manage, operate, advise own, control, consult with, or permit his/her name to be used by any business that competes with the First Partner. The Secondary Partner will refrain from recruiting, advising, consulting or engaging with current First Partner's employees. Specifically, the Second Partner hereby agrees that he will refrain from engaging in any competing business that is less than 2.5 miles from the following locations that First partner owns, or manages.

A. 1051 Ogden Ave. Bronx, NY 10452
B. 921 East 174th street. Bronx. NY 10460
C. 919 East 174th street. Bronx. NY 10460
D. 13A East Tremont Ave, Bronx, NY 10453
E. 1815 Grand Concourse, Bronx, NY 10523

8. Legal and Binding Agreement. This Agreement is legal and binding between the Partners as stated above. This Agreement may be entered into and Is legal and binding. The Partner's each represent that they have the authority to enter into this Agreement.

9. Governing Law. The Partners agree that this Agreement shall be additionally governed by the laws of New York State.

Partners hereby agree to the terms specified and effective April 1, 2024 mutually agree

to dissolve their Partnership.

ABDUL KAYUM

Abdul Kayum DATE 3/5/2024

Jesus Hernandez Calderon Pablo DATE 3/5/2024

Sworn before me Abdul Kayum & Jesus Hernandez Calderon Pablo on March 15, 2024

PATRICK LEUNG
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01LE6175038
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES OCT 01, 2027

3/15/2024.