# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

Febrero 20, 2024

**<u>Via First Class Mail</u>**
Pablo Jesus Hernandez Calderon
150 East 182nd Street Apt. 107
Bronx, NY 10453

Re: Kennedy Fried Ckicken

Estimado Sr. Pablo Jesús Hernandez Calderón:

Como mi oficina discutió con usted, esta firma ya no lo representará en relación con sus reclamos contra Kennedy Fried Chicken. Puede contratar a otro abogado para que lo represente en este asunto.

Sincerely,

<u>/s/ Catalina Sojo</u>
Catalina Sojo, Esq.
CSM LEGAL, P.C.
60 E 42nd street Suite 4510
New York, NY 10165

# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

February 20 2024

**Via First Class Mail**
Pablo Jesus Hernandez Calderon
150 East 182nd Street Apt. 107
Bronx, NY 10453

Re: Kennedy Fried Chicken

Dear Mr. Pablo Jesús Hernandez Calderón:

As my office discussed with you, this firm will no longer be representing you in your case against The Kennedy Fried Chicken. You are free to hire another lawyer to represent you in this matter.

Sincerely,

/s/ Catalina Sojo
Catalina Sojo, Esq.
CSM LEGAL, P.C.
60 E 42nd street Suite 4510
New York, NY 10165