UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
AGUSTIN HERNANDEZ LOPEZ, ANGEL YOVANI HERRERA RIVERA, JEVER VELAZQUEZ CARDOSO, JOSE LUIS VAZQUEZ ANASTACIO, JUAN ANASTACIO MARTINEZ, JUAN LEON MORALES, and ROBERTO VALLADARES HUERTA, *individually and on behalf of others similarly situated*,

*Plaintiffs*,

-against-

1051 FOOD CORP. (D/B/A KENNEDY FRIED CHICKEN AND PIZZA), 1051 OGDEN LLC (D/B/A KENNEDY FRIED CHICKEN AND PIZZA), JEROME FRIED CHICKEN CORP (D/B/A KENNEDY CHICKEN AND PIZZA), 2487 JEROME LLC (D/B/A KENNEDY CHICKEN AND PIZZA), A & Z FAST FOOD LLC (D/B/A KENNEDY FRIED CHICKEN AND PIZZA), 919 FAST FOOD CORP. (D/B/A KENNEDY CHICKEN & GRILL), 921 FOOD CORP. (D/B/A KENNEDY CHICKEN & GRILL), 921 PIZZA LLC (D/B/A KENNEDY CHICKEN & GRILL), 1956 JEROME LLC (D/B/A KENNEDY CHICKEN AND GRILL), 2475 FOOD LLC (D/B/A KENNEDY CHICKEN AND GRILL), ABDUL KAYUM, NAZIR A YUSUFZAI A.K.A. AHMAD, and PABLO HERNANDEZ CALDERON,

*Defendants*.
-----------------------------------------------------X

**Case No.: 1:25-cv-02377-ALC**

**DECLARATION OF ROBERT JUN**

I, Robert Jun, an attorney duly admitted to practice before this Court, affirm the following under penalty of perjury:

1. I am an attorney at Michael Faillace & Associates, P.C., counsel for Plaintiffs in this matter, and as such, I am fully familiar with the facts herein. I submit this declaration in opposition to Defendants' motion to disqualify.

2. Attached hereto as Exhibit A is a true and accurate copy of the letters sent to Defendant Pablo Hernandez Calderon informing him that CSM Legal, P.C. would not be representing him in this action.
3. Attached hereto as Exhibit B is a true and accurate copy of the consent to sue document signed by Defendant Pablo Hernandez Calderon that was filed with the Complaint in this action.
4. I affirm the foregoing under penalty of perjury pursuant to 28 U.S.C. § 1746.

Dated: New York, New York
August 25, 2025

By: */s/ Robert Jun*
Robert Jun, Esq.