DAVIDOFF HUTCHER & CITRON LLP
ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

WHITE PLAINS
ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605
(914) 381-7400

PALM BEACH
ATTORNEYS AT LAW
250 ROYAL PALM WAY
SUITE 202
PALM BEACH, FL 33480
(561) 567-8488

FIRM OFFICES

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

WRITER'S DIRECT: (646) 428-3235
E-MAIL: aak@dhclegal.com

December 18, 2025

**VIA ECF & E-Mail**
Judge Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

**Re**: **Hernandez Lopez et al v. 1051 Food Corp. et al (1:25-cv-02377-ALC)**

Dear Judge Carter:

Our office represents Defendants 1051 Food Corp., 1051 Ogden LLC, 2487 Jerome LLC, A&Z Fast Food LLC, 919 Fast Food Corp., 921 Pizza LLC, 1956 Jerome LLC, 2475 Food LLC, Abdul Kayum, and Nazir A. Yusufzai. This letter is submitted in response to the Court's text order, entered under Docket No. 68 earlier today.

This letter confirms that our office represents only the defendants listed above, and we have never represented Co-Defendant Pablo Hernandez Calderon. Additionally, we do not believe service on Mr. Calderon has even been attempted, let alone effectuated, as there has been no Proof of Service filed on the docket or otherwise provided to us. Further, there has been no indication by Plaintiffs' counsel by letter to the Court or otherwise communicated to our office of any issues in locating or otherwise serving Mr. Calderon.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Andreas Koutsoudakis*
Andreas Koutsoudakis, Esq.

AK:mm

cc: Counsel for Plaintiffs via ECF & E-Mail