UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK Attorney: CSM LEGAL P.C. - 2371

AGUSTIN HERNANDEZ LOPEZ, ET AL

Plaintiff(s)

-against-

1051 FOOD CORP. (D/B/D KENNEDY FRIED CHICKEN AND PIZZA) ET AL

Defendant(s)

Index #: 1:25-CV-02377-ALC

Date Filed:

**AFFIRMATION OF SERVICE**

AHMED ABDERRAHMAN AFFIRMS AND SAYS AFFIRMANT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 24, 2025 at 09:50 AM at

921 EAST 174 STREET C/O KENNEDY FRIED CHICKEN
BRONX, NY 10460

Affirmant served the within true copy/copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT on PABLO HERNANDEZ CALDERON, the defendant/respondent therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to JOHN DOE a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. He identified himself as the CO-WORKER of the defendant/respondent.

Affirmant further states that the person actually served was perceived as follows:

| Gender | Race | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | MIDDLE-EASTERN | BLACK | 35 | 5'6 | 170 |

**MAILING** Affirmant enclosed a true copy of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

921 EAST 174 STREET C/O KENNEDY FRIED CHICKEN
BRONX, NY 10460

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on May 27, 2025 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the person to be served.

PERSON SERVED/SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

Pursuant to New York Civil Practice Law Rules 2106 - I affirm on 27 day of May, 2025 , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Gotham Process Inc.
Lic. 1251720-DCA
299 Broadway
New York NY 10007

**AHMED ABDERRAHMAN**
License #: 2067334-DCA
Docket #: *1327570*