# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620


**VIA ECF**

December 19, 2025

Honorable Judge Andrew L. Carter, Jr
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Hernandez Lopez et al v. 1051 Food Corp. et al; 1:25-cv-02377-ALC**

Dear Judge Carter:

This firm represents Plaintiffs in the above-captioned matter. We submit this letter regarding Defendants' counsel's letter (Dkt. No. 69) and this office's subsequent filing of Pablo Hernandez Calderon's Affirmation of Service (Dkt. No. 70). Mr. Calderon was served with a copy of the Complaint and Summons on May 24, 2025. Due to office oversight, the affirmation was not filed on the docket until December 18, 2025. We apologize for any inconvenience this might have caused and thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Michael Faillace*
Michael Faillace, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*