USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 2/19/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **AGUSTIN HERNANDEZ LOPEZ, *individually and on behalf of others similarly situated*, et al.,** | |
| **Plaintiffs,** | |
| **-against-** | **1:25-cv-02377 (ALC)** |
| **1051 FOOD CORP., *doing business as KENNEDY FRIED CHICKEN AND PIZZA*, et al.,** | **<u>ORDER</u>** |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court hereby orders Plaintiff to show cause as to why Michael Faillace and the entire law firm of Michael Faillace & Associates, P.C. should not be disqualified. Specifically, Plaintiffs should address the question of vicarious disqualification. Such showing shall be made in writing and filed on or before **March 5, 2026**. Any reply by Defendants will be due on or before **March 12, 2026.** Any failure by Plaintiffs to make this showing will result in disqualification of the entire firm.

**SO ORDERED.**

**Dated: February 19, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**