UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
AGUSTIN HERNANDEZ LOPEZ, ANGEL YOVANI HERRERA RIVERA, JEVER VELAZQUEZ CARDOSO, JOSE LUIS VAZQUEZ ANASTACIO, JUAN ANASTACIO MARTINEZ, JUAN LEON MORALES, and ROBERTO VALLADARES HUERTA, *individually and on behalf of others similarly situated*,

*Plaintiffs*,

-against-

1051 FOOD CORP. (D/B/A KENNEDY FRIED CHICKEN AND PIZZA), 1051 OGDEN LLC (D/B/A KENNEDY FRIED CHICKEN AND PIZZA), JEROME FRIED CHICKEN CORP (D/B/A KENNEDY CHICKEN AND PIZZA), 2487 JEROME LLC (D/B/A KENNEDY CHICKEN AND PIZZA), A & Z FAST FOOD LLC (D/B/A KENNEDY FRIED CHICKEN AND PIZZA), 919 FAST FOOD CORP. (D/B/A KENNEDY CHICKEN & GRILL), 921 FOOD CORP. (D/B/A KENNEDY CHICKEN & GRILL), 921 PIZZA LLC (D/B/A KENNEDY CHICKEN & GRILL), 1956 JEROME LLC (D/B/A KENNEDY CHICKEN AND GRILL), 2475 FOOD LLC (D/B/A KENNEDY CHICKEN AND GRILL), ABDUL KAYUM, NAZIR A YUSUFZAI A.K.A. AHMAD, and PABLO HERNANDEZ CALDERON,

*Defendants*.
------------------------------------------------------X

**Case No.: 1:25-cv-02377-ALC**

**DECLARATION OF CATALINA SOJO**

I, Catalina Sojo, an attorney duly admitted to practice before this Court, affirm the following under penalty of perjury:

1. I was the managing attorney of CSM Legal P.C., which previously served as counsel of record in this matter before the firm's name changed back to Michael Faillace & Associates, P.C.

2. I respectfully submit this affirmation in response to Defendants' motion to disqualify, which alleges undue delay in the filing of the Complaint. I write to clarify the circumstances that led to the timing of the filing.

3. This office did not purposefully delay the filing of the Complaint, nor was there any attempt to gain an unfair advantage or to distance the allegations from any misconduct. Rather, the delay arose from administrative circumstances within the firm.

4. Specifically, the matter was initially assigned to a paralegal, named Felipe, who began the intake process for the plaintiffs. Because the case involved seven (7) plaintiffs and multiple defendant corporations, the intake process required significant review to confirm the correct corporate entities and related information. This review process took longer than anticipated.

5. In or about February 2024, Felipe departed from the firm before completing his work on this matter. As a result, a new paralegal was assigned to the case and was required to re-review the intake materials and reconfirm the information for all plaintiffs and defendants before drafting could proceed. This transition further contributed to the delay in filing.

6. During the intake process, Felipe inadvertently opened a file for Pablo Jesus Hernandez Calderon on February 15, 2024, not realizing that Mr. Calderon was a potential defendant in this matter. Upon my review and discovery of this conflict, our office promptly informed Mr. Calderon that we would not be representing him in this litigation.

7. On or about February 20, 2024, this office mailed two letters to Mr. Calderon, copies of which are annexed hereto as Exhibit A, confirming that we would not represent him in this matter.

8. At all times, this office acted in good faith. Any delay in the filing of the Complaint was the result of turnover in staffing and the complexity of confirming information for multiple plaintiffs and corporate defendants. Furthermore, I never told Mr. Calderon to destroy any records, nor am I aware of the existence of any such records. There was no malfeasance, intentional delay, or bad faith conduct whatsoever.

9. I affirm the foregoing under penalty of perjury pursuant to 28 U.S.C. § 1746.

Dated: New York, New York
August 25, 2025

By: /s Catalina Sojo
Catalina Sojo, Esq.