UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X

AGUSTIN HERNANDEZ LOPEZ, ANGEL YOVANI HERRERA RIVERA, JEVER VELAZQUEZ CARDOSO, JOSE LUIS VAZQUEZ ANASTACIO, JUAN ANASTACIO MARTINEZ, JUAN LEON MORALES, and ROBERTO VALLADARES HUERTA, *individually and on behalf of others similarly situated*,

Case No.: 1:25-cv-02377-ALC

Plaintiffs,

-against-

1051 FOOD CORP. (D/B/A KENNEDY FRIED CHICKEN AND PIZZA), 1051 OGDEN LLC (D/B/A KENNEDY FRIED CHICKEN AND PIZZA), JEROME FRIED CHICKEN CORP (D/B/A KENNEDY CHICKEN AND PIZZA), 2487 JEROME LLC (D/B/A KENNEDY CHICKEN AND PIZZA), A&Z FAST FOOD LLC (D/B/A KENNEDY FRIED CHICKEN AND PIZZA), 919 FAST FOOD CORP. (D/B/A KENNEDY CHICKEN & GRILL), 921 FOOD CORP. (D/B/A KENNEDY CHICKEN & GRILL), 921 PIZZA LLC (D/B/A KENNEDY CHICKEN & GRILL), 1956 JEROME LLC (D/B/A KENNEDY CHICKEN AND GRILL), 2475 FOOD LLC (D/B/A KENNEDY CHICKEN AND GRILL), ADBUL KAYUM, NAZIR A YUSUFZAI A.K.A AHMAD, and PABLO HERNANDEZ CALDERON,

Defendants.

------------------------------------------- X

**SUPPLEMENTAL DECLARATION OF ABDUL KAYUM**

I, Abdul Kayum, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a defendant in this action and a prior member of 921 Pizza LLC; I submit this supplemental declaration based on my personal knowledge and my review of the books and records of the company, and I am fully familiar with the facts and circumstances set forth herein .

2. I submit this declaration in support of Defendants' motion to disqualify Michael A. Faillace and the Faillace firm on behalf of 1051 Food Corp., 1051 Ogden LLC,

Jerome Fried Chicken Corp., 2487 Jerome LLC, A&Z Fast Food LLC, 919 Fast Food Corp., 921 Food Corp., 921 Pizza LLC, 1956 Jerome LLC, 2475 Food LLC, Abdul Kayum, and Nazir A. Yusufzai a/k/a Ahmad.

3. I reviewed Plaintiff's counsel's March 5, 2026 submission. Based on my personal communications with Juan Anastacio Martinez and the materials he provided to me, including a sworn written statement and an audio recording, I understand that Pablo Jesus Hernandez Calderon's involvement in this matter extended beyond a brief or short-lived role.

4. In or around May 2025, Plaintiff Juan Anastacio Martinez contacted me regarding this action.

5. Thereafter, Mr. Martinez provided me with a sworn written statement concerning his interactions with Mr. Calderon and his participation in this action. A true and correct copy of that statement is attached hereto as Exhibit A.

6. On or about June 4, 2025, Mr. Martinez sent me an audio file through Facebook Messenger relating to the matters described in Exhibit A. I received that file on or about that date and listened to it. I recognized the voice of the speaker on the audio from prior familiarity to be Mr. Calderon.

7. A true and correct copy of the audio file as I received it from Mr. Martinez is attached hereto as Exhibit B.[1]

---

[1] Exhibit B will be produced in accordance with the Court's directives.

8. Exhibit B fairly and accurately reflects the audio file that I received from Mr. Martinez through Facebook Messenger on or about June 4, 2025.

9. I understand the audio file, which is in Spanish, contains threats of physical violence against Mr. Martinez, including that:

a. "You're screwed, you son of a f***ing b***h."

b. "And everyone is looking for you; they tell me we're going to cut you into little pieces, mother***er, and put you straight into a trash bag."

c. "Like a rat, we're going to throw you into the trash cans."

10. Based on the materials provided to me by Mr. Martinez, including Exhibit A and Exhibit B, Plaintiff's counsel's characterization of Mr. Calderon's involvement as merely short-lived is incomplete.

11. Consequently, I respectfully request that the Court grant Defendants' motion to disqualify Plaintiffs' counsel and award Defendants all appropriate relief, including attorneys' fees and costs.

**[SIGNATURE PAGE TO FOLLOW]**

I affirm under penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2026
New York, New York

Abdul Kayum
Abdul Kayum (Mar 12, 2026 14:33:49 EDT)

Abdul Kayum