**Juan Anastacio Martinez**
2415 Morris Ave
Bronx, NY 10468
929-732-5816
**June 4, 2025**

**To Whom It May Concern,**

My name is Juan Anastacio Martinez, and I am submitting this statement voluntarily in relation to the case *Lopez, et al. v. 1051 Food Corp., et al.* I am writing to formally withdraw my participation as a plaintiff in this matter.

In early February 2024, I was approached by Pablo Jesus Hernandez Calderon, who encouraged me, along with several others, to join a lawsuit against Abdul Kayum and several fast food establishments. Mr. Hernandez exerted significant pressure on us, claiming that joining the lawsuit would compel the defendants to settle quickly, resulting in financial compensation for all participants. At the time, Mr. Hernandez took a leadership role in organizing the plaintiffs, which included myself, Augustin Hernandez Lopez, Angel Jovani Herrera Rivera, Jever Velazquez Cardoso, Jose Luis Vasquez Anastacio, Juan Leon Morales, and Roberto Mallards Huerta.

We met multiple times in the Bronx to discuss our claims. It was later revealed that Mr. Hernandez had a business relationship with Mr. Kayum, which had deteriorated, likely contributing to the personal animosity behind this lawsuit. I now understand that the case was driven more by Mr. Hernandez's personal vendetta than by any legitimate legal grievance.

After organizing the plaintiffs, Mr. Hernandez accompanied us to the law office of CSM Legal, P.C. in New York City, where we signed the necessary legal documents. At that time, Mr. Hernandez instructed myself and the other plaintiffs to provide false information about the hours and duration of our employment. Specifically, my experience at 1051 Ogden LLC involved working 8-hour shifts with scheduled breaks—consistent with the practices of my colleagues—which differs from the inaccurate statements Mr. Hernandez directed us to make. Additionally, Mr. Hernandez took control of all communication with the attorneys, assuring us that if we stayed united, we would succeed. However, after securing the plaintiffs, Mr. Hernandez removed his name from the lawsuit, leaving the remaining plaintiffs to proceed without his involvement.

I would like to emphasize that I was employed at 1051 Ogden LLC for a period of just three months, from December 2023 to February 2024. Prior to that, from September 2022 to November 2023, I was self-employed, selling corn and chips on Fordham Road in the Bronx.

When I informed Mr. Hernandez of my concerns about continuing with the case, he responded with threats of violence. Specifically, he told me, "Watch your back, you don't want to be hurt when you go home at night," and, "My friends and I will come after you."

In light of these events, I have instructed my attorneys to officially withdraw my name from the lawsuit. Effective immediately, I am formally removing myself from this case and will not proceed as a plaintiff.

______________________________

**Juan Anastacio Martinez**

**Sworn to before me this** 4th

**day of** June**, 2025**

Notary Public

ANIELKA GOMEZ
Notary Public State of New York
Qualified in Bronx County
Lic. 01[illegible]
Comm. Exp. 10/1/2025