# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620


**VIA ECF**

March 18, 2026

Honorable Judge Andrew L. Carter, Jr
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Hernandez Lopez et al v. 1051 Food Corp. et al; 1:25-cv-02377-ALC**

Dear Judge Carter:

This office represents the Plaintiffs in the above-referenced matter. Defendants' filings under Document 75, 76, and 76-1 are an improper attempt to refile their motion for disqualification, which was already decided by this Court. Accordingly, we request that this Court disregard and strike the filings from the docket. Strictly in the alternative, if this Court were to take into consideration what we deem to be these improper filings, then we request that this Court grant us time to respond to these supplemental filings.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Robert Jun*
Robert Jun, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*