USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: November 18, 2026

**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324 troylaw@troypllc.com Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

October 29, 2026

**Via ECF**
Hon. Andrew L. Carter, Jr.
Unites States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

**Re:** **Plaintiff's Consent Letter Motion Requesting an Extension of Time for Plaintiffs to Retain New Counsel**
*(1:25-cv-02377) Hernandez Lopez v. 1051 Food Corp.*

Your Honor,

We represent three Plaintiffs Juan Leon Morales, Angel Yovani Herrera Rivera and Jose Luis Vazquez Anastacio only in the above-referenced matter. We write jointly with the Defendants to request for an Extension of time for the remaining four Plaintiffs, Agustin Hernandez Lopez, Jever Velazquez Cardoso, Juan Anastacio Martinez and Roberto Valladares Huerta (who are currently not represented) to Retain New Counsel by 30 days and a corresponding extension of time to file the Joint Status Report by 30 days. This is the first request of such kind.

The current deadline for the remaining Plaintiffs to retain new counsel is **October 29, 2026**, therefore the parties respectfully request that the time be extended by 30 days through **November 28, 2026.**

The reason for such request is that the outgoing counsel and the incoming counsel are both having difficulty getting in contact with Plaintiffs, Agustin Hernandez Lopez, Jever Velazquez Cardoso, Juan Anastacio Martinez and Roberto Valladares Huerta. However, based on the communications with Plaintiffs, we fully anticipate retaining all the remaining Plaintiffs within this additionally requested timeframe. The requested extension is made in good faith and will allow all parties to ensure full representation before proceeding to the next steps in litigation.

The Joint Status Report is currently due on **November 17, 2026**. The parties respectfully request that this deadline be extended to **December 15, 2026**.

The reason for this request is that the parties believe it would be significantly more efficient to prepare and submit a comprehensive Joint Status Report after all remaining Plaintiffs have formally retained counsel and entered an appearance. However, the parties remain fully willing to submit the Joint Status Report on the current deadline of November 17, 2026, should Your Honor prefer.

We thank your Honor for your attention to and consideration of this matter.

Respectfully submitted,
TROY LAW, PLLC

*/s/ John Troy*
John Troy, Esq.
*Attorneys for Plaintiffs Juan Leon Morales, Angel Yovani Herrera Rivera and Jose Luis Vazquez Anastacio*

The Court grants this extention request *nunc pro tunc*.

The next status report is due December 15, 2026.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

November 18, 2026